IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO HARDY, | : |
| Petitioner, | : |
| v. | :   CIVIL ACTION 08-0423-CG-M |
| J. C. GILES, | : |
| Respondent. | : |

### ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this Petition be **DENIED** as time-barred and that this action be **DISMISSED**.

**DONE and ORDERED** this 3rd day of November, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE